MINUTE ENTRY
MILAZZO, J.
APRIL 20, 2016

JS-10: 00:12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SOUTHERN CREDENTIALING SUPPORT SERVICES, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 15-7013 |
| HAMMOND SURGICAL HOSPITAL, L.L.C., ET AL | SECTION "H"(2) |

## MOTION HEARING

CASE MANAGER: BRIDGET GREGORY
COURT REPORTER: KAREN IBOS
LAW CLERK: EMMY SCHROETER

APPEARANCES:
GREGORY LATHAM & KENT BARNETT, FOR PLAINTIFF
BRANDON M. BENNETT, FOR DEFENDANTS HAMMOND SURGICAL HOSPITAL
JEFFREY L. OAKES, FOR DEFENDANT W. CHRISTOPHER BEARY

Court begins at 9:35 a.m.
Counsel appear for the record.
Motions to Dismiss argued.
Defendants' Motions to Dismiss for Failure to State a Claim (Docs. 17 and 20) are **DENIED**.

Court adjourned at 9:47 a.m.